[No. 49295-1-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY GREEN, *Defendant*, MARLEN BIRTS JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09903-3, Carol A. Schapira, J., entered September 17, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49311-6-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00698-0, Jeffrey M. Ramsdell, J., entered September 21, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49312-4-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ABEL YOHANNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09960-2, Michael J. Fox, J., entered August 20, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49319-1-I.   Division One.   September 16, 2002.]

*In the Matter of the Dependency of* K.S.

NINA SAUNDERS, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 00-7-05580-1, Mary Yu, J., entered July 10 and August 24, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Kennedy, JJ.